Cat08, MDL, Termed

# U.S. District Court
# Northern District of Ohio (Toledo)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00367−JGC

Sepeda v. Davol, Inc. et al
Assigned to: Judge James G. Carr
Demand: $75,000
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/14/2008
Date Terminated: 03/31/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Pamela Sepeda** represented by

**Ernest Cory**
CoryWatson Crowder &Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205−328−2200
Fax: 205−324−7896
Email: ecory@cwcd.com

**Jon C. Conlin**
CoryWatson Crowder &Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205−328−2200
Fax: 205−324−7896
Email: jconlin@cwcd.com

**Michael L. Eisner**
Elk &Elk
6110 Parkland Blvd.
Mayfield Heights, OH 44124
440−442−6677
Fax: 440−442−7944
Email: meisner@elkandelk.com
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
CoryWatson Crowder &Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205−328−2200
Fax: 205−324−7896
Email: shunt@cwcd.com

V.

**Defendant**

**Davol, Inc.** represented by

**Jeffrey S. Moeller**
Hermann, Cahn &Schneider
Ste. 500
1301 East Ninth Street

Cleveland, OH 44114
216−781−5515
Fax: 216−781−1030
Email: jmoeller@hcsattys.com

**Defendant**

**C.R. Bard, Inc.** represented by **Jeffrey S. Moeller**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2008 | " 1 | **Complaint** with jury demand against all defendants. Filing fee $ 350, receipt number 0647000000002863378, filed by Pamela Sepeda. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (Eisner, Michael) (Entered: 02/14/2008) |
| 02/14/2008 | " | Judge James G. Carr assigned to case. (M,L) (Entered: 02/14/2008) |
| 02/14/2008 | " 2 | Summons and Magistrate Consent Form issued for service upon Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Magistrate Consent Form) (M,L) (Entered: 02/14/2008) |
| 03/06/2008 | " 3 | Unopposed **Motion** to stay *of Proceedings Pending Transfer to Federal MDL* filed by Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit 1, Defendants' Fifty−Fifth 7.5(e) Notice of Potential Tag−Along, # 2 Proposed Order Granting Defendants Davol Inc. and C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL)(Moeller, Jeffrey) (Entered: 03/06/2008) |
| 03/14/2008 | " 4 | **Order** : that all requirements, deadlines (including responsive pleading deadlines), and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action. (Related Doc # 3 ). Signed by Judge James G. Carr on 3/14/2008.(S,AL) (Entered: 03/14/2008) |
| 03/31/2008 | " 5 | **Conditional Transfer Order (CTO−16)** by Judicial Panel on Multidistrict Litigation. In re: MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation. Case transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. (RI Case No. 08−2411). (S,R) (Entered: 04/02/2008) |